IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS BROWN, III, AIS #108821,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 14-0568-CG-N ) |
| **STATE OF CALIFORNIA, et al.,** | ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of this file deemed relevant to the issue raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court, with the following changes: the Court corrects the misidentification of defendant Micheal Wheeler as Micheal "Williams." on Page 8 of the Report and Recommendation.

It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous, prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 17th day of June, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE