## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS BROWN, III, AIS #108821,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 14-0568-CG-N** |
| | ) |
| **STATE OF CALIFORNIA, <u>et al.</u>,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous, prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 17th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE